SCWC-12-0000926

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

REFRIGERANT RECYCLING, INC.,
Petitioner/Appellant-Appellant,

vs.

DEPARTMENT OF BUDGET AND FISCAL SERVICES, CITY AND COUNTY OF
HONOLULU; ISLAND RECYCLING, INC.; and SHERYL LEE A. NAGATA,
Respondents/Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000926; CIV. NO. 12-1-2440-09)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

The application for a writ of certiorari, filed on
June 2, 2014, is hereby rejected.

DATED: Honolulu, Hawaiʻi, July 16, 2014.

Calvert G. Chipchase
Jeffrey M. Osterkamp
Amanda M. Jones
for petitioner

Donna Y.L. Leong
Amy R. Kondo
Geoffrey M. Kam
Ryan H. Ota
for respondent Department
of Budget and Fiscal
Services, City and County
of Honolulu

Craig T. Kugisaki
for respondent Island
Recycling, Inc.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

